BURGER ET AL., APPELLEES, *v.* MCGHEE ET AL., APPELLANTS.

[Cite as Burger *v.* McGhee (1990), 49 Ohio St. 3d 84.]

(No. 89-2049 — Submitted January 23, 1990 — Decided February 21, 1990.)

*Weick, Gibson & Lowry, Michael J. Moran* and *Leslie S. Graske*, for appellees.

*Roetzel & Andress, Edward A. DiGiantonio* and *Deborah A. Mahusky*, for appellants.

Appellants' motion to certify the record is allowed.

This cause is reversed on authority of *Menefee* v. *Queen City Metro* (1990), 49 Ohio St. 3d 27, 550 N.E. 2d 181.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.